**BAILEY PERRIN BAILEY**
Fletcher V. Trammell
Robert W. Cowan
440 Louisiana Street, Suite 2100
Houston, Texas 77002
ftrammell@bpblaw.com
rcowan@bpblaw.com
(713) 425-7100 Telephone
(713) 425-7101 Facsimile

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10-ml-02151 JVS(FMOx) |
| **This Document Relates To:** | Case No. 8:10-cv-00622-JVS-FMO |
| DALE ROBERTS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | **NOTICE OF APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DALE ROBERTS** |
| v. | |
| TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR CORPORATION, AND DOES 1 through 10, | **DATE OF HEARING: May 2, 2011** |
| Defendants. | **TIME: 1:30 p.m.** |

The law firm of Bailey Perrin Bailey, through Fletcher Trammell, Esq., respectfully applies for leave to withdraw as counsel of record for Plaintiff Dale Roberts ("Plaintiff"). This application is made on the following grounds:

1. Bailey Perrin Bailey has provided written notice of its intent to withdraw as counsel of record to Plaintiff and counsel for Defendants Toyota Motor Sales, U.S.A.,

1

Inc. and Toyota Motor Corporation (collectively, "Defendants").

2. Plaintiff has consented in writing to the withdrawal of Bailey Perrin Bailey as counsel of record in this action.

3. Granting this application will not delay trial in the case and would not otherwise be inequitable.

This application is based on the foregoing and the attached Memorandum of Points and Authorities in Support of this Application.

## RELIEF REQUESTED

Counsel for Plaintiff respectfully requests that the Court grant leave for Bailey Perrin Bailey to withdraw as counsel of record for Plaintiff.

Dated: March 31, 2011

/s/ Fletcher V. Trammell
**BAILEY PERRIN BAILEY**
Fletcher V. Trammell
Robert W. Cowan
440 Louisiana, Suite 2100
Houston, Texas 77002
ftrammell@bpblaw.com
rcowan@bpblaw.com
(713) 425-7100 Telephone
(713) 425-7101 Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, FLETCHER V. TRAMMELL, hereby certify that I am an attorney for the Plaintiff in the above-captioned action, and that on this date, a true and correct copy of the foregoing Notice and Motion for Leave to Withdraw as Counsel of Record for Plaintiff Dale Roberts and all accompanying papers were served upon all parties to this action by means of the Court's Electronic Filing System:

                                      BAILEY PERRIN BAILEY

DATE: March 31, 2011                 By: /s/ Fletcher V. Trammell
                                                  Fletcher V. Trammell
                                                  Attorney for Plaintiff

**BAILEY PERRIN BAILEY**
Fletcher V. Trammell
Robert W. Cowan
440 Louisiana Street, Suite 2100
Houston, Texas 77002
ftrammell@bpblaw.com
rcowan@bpblaw.com
(713) 425-7100 Telephone
(713) 425-7101 Facsimile

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10-ml-02151 JVS(FMOx) |
| **This Document Relates To:** | Case No. 8:10-cv-00622-JVS-FMO |
| DALE ROBERTS, on behalf of himself and all others similarly situated, Plaintiff, v. TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR CORPORATION, AND DOES 1 through 10, Defendants. | **APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF DALE ROBERTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

## I. INTRODUCTION

The law firm of Bailey Perrin Bailey represents Plaintiff Dale Roberts ("Plaintiff") in this automobile products liability action presently pending before the Court as part of the *In re: Toyota Motors Corp. Unintended Acceleration Marketing,*

1

*Sales Practices, and Products Liability Litigation* multidistrict litigation ("MDL"). This action, which was filed February 5, 2010, alleges breach of warranty and consumer protection claims in connection with Plaintiff's purchase of a 2007 Toyota Camry. The named Defendants are manufacturers of that vehicle.

## II. BACKGROUND

The basic facts and procedural history are not in dispute. This action was filed on February 5, 2010. On May 7, 2010, this case was transferred to this MDL. Phase 1 discovery is ongoing; however, no discovery specific to this Plaintiff has been conducted.

## III. POINTS & AUTHORITIES

Civil Local Rule 83-2.9.2.1 provides: "An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." Those requirements are met here.

On February 15, 2011, counsel for Bailey Perrin Bailey provided Plaintiff with written notice of the firm's intent to withdraw from this case. Plaintiff consented in writing to Bailey Perrin Bailey's withdrawal from this case on March 1, 2011. On March 22, 2011, counsel for Bailey Perrin Bailey provided counsel for Defendants with written notice of the firm's intent to withdraw from this case.

Further, withdrawal can be accomplished without a materially adverse effect on Plaintiff's interests. No case-specific discovery has been completed in this case, and no

trial is set in the present action.  In addition, Plaintiff's counsel of record in this case includes two other law firms.

Therefore, the firm of Bailey Perrin Bailey respectfully seeks leave of court to withdraw from this action now, before case-specific discovery begins or a trial date has been set.  Plaintiff has adequate time to find substitute counsel if he so desires, and withdrawal at this stage will not cause any delay or prejudice to Plaintiff.

## IV.  CONCLUSION

WHEREFORE, based upon the foregoing, the law firm of Bailey Perrin Bailey respectfully requests that the Court issue an Order granting the firm's request to withdraw as attorneys of record for Plaintiff in this action.

Dated:  March 31, 2011

/s/ Fletcher V. Trammell_____
**BAILEY PERRIN BAILEY**
Fletcher V. Trammell
Robert W. Cowan
440 Louisiana, Suite 2100
Houston, Texas 77002
ftrammell@bpblaw.com
rcowan@bpblaw.com
(713) 425-7100 Telephone
(713) 425-7101 Facsimile

*Attorneys for Plaintiff*

3